PROB 12
(02/05-D/CO)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. Harold Francis Flynn                               Docket Number: 06-cr-00014-WYD

**Petition on Supervised Release**

COMES NOW, Carrie Kent, probation officer of the court, presenting an official report upon the conduct and attitude of Harold Francis Flynn, who was placed on supervision by the Honorable Norman C. Roettger sitting in the court at Fort Pierce, Florida, on the 10th day of June, 2003, who fixed the period of supervision at 3 years, and imposed the general terms and conditions theretofore adopted by the court. Jurisdiction was transferred to the District of Colorado on January 12, 2006.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here: if lengthy write on separate sheet and attach)

The defendant has complied with the rules and regulations of supervised release and is no longer in need of supervision.

PRAYING THAT THE COURT WILL ORDER (1) that the probation officer be authorized to serve this petition on the United States; (2) that the United States respond in writing within fifteen days of the date of service, indicating whether it has any objection to the termination of probation; and (3) that, if the United States does not file a timely objection, the defendant be discharged from supervised release and the proceedings in the case be terminated.

ORDER OF THE COURT

Considered and ordered this 27th day of April, 2006, and ordered filed and made a part of the record in the above case.

_____
Wylie Y. Daniel
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

_____
Carrie Kent
U.S. Probation Officer

Place: Denver, Colorado

Date: April 19, 2006